THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANNY ZIMMERMAN,<br><br>    Defendant. | CASE NO. CR15-0278-JCC<br><br>MINUTE ORDER CONTINUING TRIAL AND RESETTING CASE DEADLINES |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to continue the trial date from October 19, 2015, to January 11, 2016, and the pretrial motions deadline to December 14, 2015. (Dkt. No. 17.) Defendant has signed and executed a waiver of his speedy trial rights under the Sixth Amendment and the Speedy Trial Act. (Dkt. No. 18.) Having thoroughly considered the motion papers, Defendant's waiver, and the relevant record, the Court hereby GRANTS the motion. The Court finds that the interests of justice would be served in allowing the trial, as well as the pretrial motions deadline, to be continued due to the considerations outlined in 18 U.S.C. § 3161(h)(7)(B)(iv). Defense counsel has indicated that he requires additional time to prepare for trial so that he can review, understand and investigate discovery provided by the government. These due process considerations "outweigh the best

interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Thus, the period of delay from the filing of the motions to December 14, 2015, and to the new trial date of January 11, 2016, is excludable time under 18 U.S.C. § 3161(h)(7)(A).

The trial date is CONTINUED to January 11, 2016, and pretrial motions shall be due by December 14, 2015. Trial briefs and proposed *voir dire* are due to the Court on or before Thursday, December 31, 2015. A list of agreed upon and contested proposed jury instructions is due to the Court on or before Wednesday, January 6, 2016.

DATED this 27 day of August 2015.

William M. McCool
Clerk of Court

s/Rhonda Stiles
Deputy Clerk