THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR15-0278-JCC |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| DANNY ZIMMERMAN, | |
| Defendant. | |

This matter comes before the Court on the United States motion for entry of a Final Order of Forfeiture (Dkt. No. 36) with respect to the property listed below. No opposition was filed.

(a) One (1) Black Tablet.

On March 15, 2016, the Court entered a Preliminary Order of Forfeiture in the above-captioned case forfeiting defendant Danny Zimmerman's interest in one (1) Black Tablet.

The above-referenced property was subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a), as the property was used, or intended to be used to commit or to facilitate the defendant's commission of the offense of Possession of Visual Depictions of Minors Engaged in Sexual Activity, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2), as charged in Count 1 of the Indictment.

Pursuant to Title 21, United States Code, Section 853(n), the United States published notice on an official internet government forfeiture website, www.forfeiture.gov, starting on

1  March 18, 2016 and running consecutively for thirty days until its conclusion on April 16, 2016.
2  In the publication, the United States published notice of the Preliminary Order of Forfeiture and
3  the intent of the United States to dispose of the property in accordance with law. This notice
4  further stated that any person other than the defendant having or claiming an interest in the
5  property was required to file a petition with the Court within sixty (60) days of the first date of
6  publication of the notice, setting forth the nature of the petitioner's right, title, and interest in the
7  property.

8      All persons and entities believed to have an interest in the property subject to forfeiture
9  were given proper notice of the intended forfeiture.

10      No petitioners or claimants have come forth to assert an interest in the forfeited property,
11  and the time for doing so has expired.

12      It is ORDERED, adjudged, and decreed that the following property seized from Danny
13  Zimmerman is hereby fully and finally condemned and forfeited to the United States in their
14  entirety:

15      (b)    One (1) Black Tablet.

16      It is further ORDERED, adjudged, and decreed that no right, title, or interest to the
17  above-described property shall exist in any other party.

18      The United States Department of Homeland Security, and/or its agents and
19  representatives, is authorized to dispose of the above-listed property in accordance with law.

20      For the foregoing reasons, the Government's motion for a final order of forfeiture (Dkt.
21  No. 36) is GRANTED.

22      The Clerk of the Court is hereby directed to send a copy of this Final Order of Forfeiture
23  to all counsel of record and to send one (1) "raised seal" certified copy to the United States
24  Attorney's Office.

25  //
26  //

DATED this 9th day of August 2016.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE